plaintiffs in error. No appearance for the defendants in error.

---

No. 21. SAMUEL LOEB, PLAINTIFF IN ERROR, *v.* THE STATE OF GEORGIA. In error to the Court of Appeals of the State of Georgia. October 30, 1912. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Thomas S. Felder* for the defendant in error. No appearance for the plaintiff in error. *Mr. Thos. S. Felder* for the defendant in error.

---

No. 547. THE ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL., PLAINTIFFS IN ERROR, *v.* VALENTINA CHAVES DE PADILLA. In error to the Supreme Court of the Territory of New Mexico. November 4, 1912. Dismissed with costs, per stipulation, and cause remanded to the Supreme Court of the State of New Mexico. *Mr. Robert Dunlap* for the plaintiffs in error. No appearance for the defendant in error.

---

No. 4. M. KAHN & BROTHER, PLAINTIFF IN ERROR, *v.* J. F. BLEDSOE, TRUSTEE, ETC. In error to the Supreme Court of the State of Oklahoma. November 4, 1912. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Evans Browne* in behalf of counsel for the defendant in error. *Mr. William F. Bowman* for the plaintiff in error. *Mr. S. T. Bledsoe* for the defendant in error.